IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) ) COMMUNITY BANK OF NORTHERN ) VIRGINIA AND GUARANTY BANK ) SECOND MORTGAGE LITIGATION ) | Civil Actions No. 02-1201, 03-425, 03-1380, 05-589, 05-590, 05-688, 05-1386 and 06-768 |

ORDER OF COURT

AND NOW, this 24th day of October, 2006, IT IS HEREBY ORDERED that a status conference in the above civil actions will be held before the undersigned on Friday, December 1, 2006 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

_____, J.

cc:   All Counsel of Record