IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLELL HOBSON, )
JOHN NIXON, ROSA KELLY, )
and CHARETTA ROBERTS, )
individually and on behalf )
of all others similarly )
situated )
 )
      Plaintiffs, )
 )
  v. ) Civil Action No. 05-688
 )
IRWIN UNION BANK and TRUST, )
RESIDENTIAL FUNDING )
CORPORATION, COMMUNITY BANK )
of NORTHERN VIRGINIA, et. al )
 )
      Defendants. )

## ORDER

AND NOW this 1st day of July, 2008 IS HEREBY ORDERED that plaintiffs shall file their motion for leave to file an amended complaint on or before July 14, 2008. Defendants response will be due fourteen (14) days thereafter.

BY THE COURT:

_____, J.

cc:   All Counsel of Record