IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLELL L. HOBSON, ET AL., )<br>    Plaintiffs,         )<br>                        )<br>        v.              )   Civil Action No. 05-688<br>                        )<br>RESIDENTIAL FUNDING CORPORATION, )<br>ETC., ET AL.,           )<br>    Defendants.         ) | |

<u>ORDER OF COURT</u>

AND NOW, this 15th day of December, 2009, upon consideration of the Motion for Substitution of a Party and for Stay of Proceedings for 90 days filed by defendant Irwin Union Bank and Trust Company [document #190] and pursuant to 12 U.S.C. §1821(d)(12)(B), IT IS HEREBY ORDERED that the motion is GRANTED. The Federal Deposit Insurance Corporation, as receiver for defendant Irwin Union Bank and Trust Company, shall be substituted as a defendant and this action shall be stayed until March 15, 2010.

                                BY THE COURT:


                                <u>s/Gary L. Lancaster       </u>, J.
                                The Honorable Gary L. Lancaster,
                                Chief United States District Judge


cc:   All Counsel of Record