IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1674<br><br>CASE NO. 03-0425,<br>CASE NO. 02-01201,<br>CASE NO. 05-0688<br>CASE NO. 05-1386<br>HON. GARY L. LANCASTER<br><br><br>FILED ELECTRONICALLY |

ORDER OF COURT REGARDING
**AMENDED STIPULATION OF COUNSEL REGARDING MATTERS
ADDRESSED AT STATUS CONFERENCE ON FEBRUARY 23, 2011**

Counsel for the undersigned parties hereby provide this amended stipulation with respect to certain matters addressed at the Court's Status Conference on February 23, 2011.

1. On February 23, 2011, the Court held a Status Conference in the above-captioned matter. At the conference counsel for Defendants Residential Funding, LLC, PNC Bank, N.A. and Federal Deposit Insurance Corp. as receiver for Guaranty National Bank of Tallahassee (collectively "the Settling Defendants") agreed that, on or before March 25, 2011, the Settling Defendants would advise Plaintiffs' counsel whether the Settling Defendants would elect to require a mediation pursuant to paragraph 7 of Modification No. 1 to the Settlement Agreement and Release. It was further agreed at the status conference that, on or before March 25, 2011, the Defendants in the above captioned cases would respond to Plaintiffs' Motion for Multidistrict Case Management Order [DE 471] and Objector Plaintiffs' Motion for Multidistrict Case Management Order [DE 472].

2. By letter dated March 18, 2011, the Settling Defendants advised Plaintiffs' counsel in *Kessler* (W.D. Pa. Case No. 03-0425) (hereinafter "*Kessler* Plaintiffs' Counsel") that the Settling Defendants had elected mediation pursuant to Paragraph 7 of Modification No. 1 to the Settlement Agreement and Release. The Settling Defendants' counsel subsequently informed *Kessler* Plaintiffs' Counsel that the Settling Defendants agreed that Counsel for the *Hobson* Plaintiffs, *Drennen* Plaintiffs, and Objectors, including, but not limited to attorneys from Walters, Bender, Strohbehn & Vaughan, P.C., may participate in the mediation.

3. In view of the mediation now scheduled for June 9 and 10, 2011, which could resolve the bulk of the claims in this MDL proceeding, Counsel for the *Kessler* Plaintiffs and Counsel for the *Hobson* Plaintiffs, *Drennen* Plaintiffs, and Objectors agree that the Defendants need not respond to the pending motions for case management orders [DE 471 and 472] at this time. The undersigned Counsel request that the Court shall hold these motions in abeyance pending completion of the mediation or June 13, 2011 whichever first occurs without prejudice to further extension if necessary. In the event that the mediation either has not occurred or is unsuccessful as of June 13, 2011, the undersigned Counsel shall so advise the Court and request that the Court set a new date for all of the Defendants in these MDL cases to respond to the motions for case management orders.

4. Counsel for the *Kessler* Plaintiffs and Counsel for the *Hobson* Plaintiffs, *Drennen* Plaintiffs, and Objectors have advised the Settling Defendants' Counsel that they intend to file a motion for leave to file a joint consolidated amended complaint prior to the mediation. The motion for leave to amend shall be-filed no later than May 13, 2011.

The undersigned Counsel agree that the Defendants' responses to the motion for leave to amend shall not be due until 30 days after the last mediation session unless the parties agree or the Court orders otherwise.

**Respectfully submitted,**

By /s/ R. Bruce Carlson
R. Bruce Carlson (PA ID #56657)
Gary Lynch (PA ID #56887)
CARLSON LYNCH LTD.
P. O. Box 367
231 Melville Lane
Sewickley, PA 15143
Tel: 412.749.1677

*And*

A. Hoyt Rowell, III
Daniel Myers
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Church Dawley Blvd., Bldg. A.
Mt. Pleasant, SC 29464

*Counsel for the Kessler Plaintiffs*


By /s/R. Frederick Walters
R. Frederick Walters
J. Michael Vaughan
David M. Skeens
Garrett M. Hodes
WALTERS BENDER STROHBEHN & VAUGHAN, P.C.
2500 City Center Square 12th & Baltimore
P. 0. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)

*Counsel for Hobson Plaintiffs, Drennen Plaintiffs and Missouri and Illinois Objectors*

3

Scott C. Borison, Esq.
LEGG LAW FIRM LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016
(301) 620-1018 (Facsimile)

*Counsel for Hobson Plaintiffs, and Maryland and Florida Objectors*

Franklin R. Nix, Esq.
LAW OFFICES OF FRANKLIN NIX
1020 Foxcroft Road, N.W.
Atlanta, GA 30327-2624
T: (404) 261-9759
F: (404) 261-1458

*Counsel for Hobson Plaintiffs, and Alabama and Georgia Objectors*

Knox McLaney, Esq.
MCLANEY & ASSOCIATES, P.C.
P.O. Box 4276
Montgomery, AL 36104

*Counsel for Hobson Plaintiffs, and Alabama Objectors*

/s/ Thomas L. Allen
Thomas L. Allen
Roy W. Arnold
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 288-3131
Fax: (412) 288-3063

*Attorneys For Defendant Residential Funding Company, LLC*

/s/Darryl J. May
Darryl J. May
Joel E. Tasca
BALLARD SPAHR LLP
1735 Market Street, 51st Floor Philadelphia, PA 19103
(215) 864-8103
Fax: (215) 864-8999

*Attorneys for Defendant PNC Bank, NA.*


/s/ Virginia W. Barnhart
Virginia W. Barnhart (Md No. 03345)
TREANOR POPE & HUGHES, P.A.
29 W. Susquehanna Ave., Ste. 110 Towson, MD 21204
(410) 494-7777
Fax: (410) 494-1658

*Attorneys for Defendant, Federal Deposit Insurance Corporation, in its capacity As Receiver for Guaranty National Bank of Tallahassee, and in its capacity as Receiver for Irwin Union Bank and Trust Company*


IT IS SO ORDERED this 3rd day of May, 2011:

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge

5