IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: COMMUNITY BANK OF ) MDL No. 1674
NORTHERN VIRGINIA )
MORTGAGE LENDING ) This order applies to:
PRACTICES LITIGATION )
) Civil Action No. 05-688

## ORDER

AND NOW, this 5th day of October, 2011, following the filing of plaintiffs' Joint Amended Consolidated Complaint [Doc. No. 507 at Civil Action 03-425], and in accordance with Footnote 1 to the Memorandum and Case Management Order, dated September 20, 2011 [Doc. No. 217], IT IS HEREBY ORDERED THAT the following motions are DENIED WITHOUT PREJUDICE as moot:

1. Motion for Leave of Court to File Second Amended Class Action Complaint by plaintiffs [Doc. No. 109];

2. Motion for Appointment of Interim Lead Class Counsel by plaintiffs [Doc. No. 115];

3. Motion for Class Certification by plaintiffs [Doc. No. 116];

4. Motion for Rulings on Pending Motions by Hobson plaintiffs [Doc. No. 150];

5. Motion for Leave to File Revised Second Amended Complaint by plaintiffs [Doc. No. 159];

6. Renewed Motion for Appointment of Interim Lead Class Counsel by plaintiffs [Doc. No. 162];

7. Motion for Judgment on the Pleadings by defendant Residential Funding Company, LLC [Doc. No. 179], and;

1

8. Motion to Dismiss Plaintiffs' Claims for Lack of Jurisdiction, due to Plaintiffs' Failure to Adhere to FIRREA by defendant, The Federal Deposit Insurance Corporation, as Receiver for Irwin Union Bank and Trust Company [Doc. #193].

BY THE COURT,

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record